**92–1987.** Leber v. Smith. *Erie County*, No. E–87–43. Reported at 66 Ohio St.3d 1415, 607 N.E.2d 13. On third motion for rehearing, motion to vacate order of February 10, 1993, motion to decide motion to vacate filed January 11, 1993, and motion for appointment of acting justices. The motions are denied on the following vote:

MOYER, C.J., and WRIGHT, J., would deny the motions.

A.W. SWEENEY, DOUGLAS and PFEIFER, JJ., would grant the motions.

RESNICK and F.E. SWEENEY, JJ., not participating.

**92–2238.** Mitchell v. Med. College of Ohio. *Franklin County*, No. 92AP–247. Reported at 66 Ohio St.3d 1404, 605 N.E.2d 1262. On motion for rehearing. Rehearing denied.

DOUGLAS, J., dissents.

**92–2264.** Anderson v. Blakeslee. *Stark County*, No. CA–8662. Reported at 66 Ohio St.3d 1405, 605 N.E.2d 1262. On motion for rehearing. Rehearing denied.

RESNICK, J., dissents.

**92–2281.** State v. Denune. *Butler County*, Nos. CA90–07–128 and CA90–07–129. Reported at 66 Ohio St.3d 1402, 605 N.E.2d 1260. On motion for rehearing. Rehearing denied.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

On motion for leave to file *amicus* of Ohio Prosecuting Attorneys Association. Motion granted.

**92–2333.** State v. Tucker. *Darke County*, No. 1310. Reported at 66 Ohio St.3d 1401, 605 N.E.2d 1259. On motion for rehearing. Rehearing denied.

**92–2637.** MetroHealth Med. Ctr. v. Kaiser Found. Hosp. Reported at 66 Ohio St.3d 1203, 607 N.E.2d 6. On second motion for rehearing. *Sua sponte*, on the following vote, motion stricken as being untimely:

A.W. SWEENEY, Acting C.J., and DOUGLAS, J., concur.

RESNICK, J., dissents.

MOYER, C.J., WRIGHT, F.E. SWEENEY and PFEIFER, JJ., not participating.

## DISCIPLINARY DOCKET

**91–854.** Cleveland Bar Assn. v. Jurek. On motion not to be held in contempt and for extension of time. Motion granted and extension granted to August 1, 1993.

MOYER, C.J., WRIGHT and F.E. SWEENEY, JJ., dissent.

**91–2003.** Northwest Ohio Bar Assn. v. Noble. On response to show cause and motion for leave to file response instanter. Motion denied; respondent is found in contempt.

DOUGLAS, J., would also require that no interest be charged.

WRIGHT, RESNICK and PFEIFER, JJ., dissent and would grant an extension of time.

**92–419.** Disciplinary Counsel v. McMahon. Thomas Paul McMahon is found in contempt. He is granted ten days to purge himself. If he fails to purge himself within ten days, he will be suspended indefinitely from the practice of law until he pays his costs in full.

PFEIFER, J., would find respondent in contempt.

**92–1340.** Dayton Bar Assn. v. McDonald. Michael J. McDonald is found in contempt. He is granted ten days to purge himself. If he fails to purge himself within ten days, he will be suspended indefinitely from the practice of law until he pays his costs in full.

PFEIFER, J., would find respondent in contempt.

## MISCELLANEOUS DISMISSALS

**92–786.** Rixey v. Nationwide Mut. Ins. Co. *Lucas County*, No. L–91–064. Cause dismissed, on joint application for dismissal, effective March 15, 1993.